**EXHIBIT 2:** INFRINGEMENT# 1
URL: https://www.instagram.com/p/B8UYmydHXSj/

