

IMDbPro members receive 40% off of Dropbox Plus. Learn More





## Justin Bieber (I)

Soundtrack | Actor | Producer

Create IMDbPro card     Visit on IMDb

Justin Drew Bieber was born on March 1, 1994 at St. Joseph's Hospital in London, Ontario, Canada and was raised in Stratford, Ontario. He is the son of **Pattie Mallette** and **Jeremy Bieber**. He is of ... read full biography

Known for: *Justin Bieber: Never Say Never* (2011), *Zoolander 2* (2016), *Justin Bieber Feat. Ludacris: Baby* (2010), *CSI: Crime Scene Investigation* (2010-2011)

**Trending & News**

STARmeter  9,716
News articles  36,774
1 new article

| Details | Mar 1, 1994 (age 27) | 5' 9" (1.75m) |
| External links | @justinbieber (twitter.com) | 16 official web sites & 36 more links |

**Awards**
58 wins & 85 nominations

**Track** | **Add to list**

### Images (436)

     

Find more **people** with Discover People.

---

## Contacts    edit ✎

**Talent Agent**

**Creative Artists Agency (CAA)**
caa.com
+1 424 288 2000 phone
+1 424 288 2900 fax
info@caa.com
📍 2000 Avenue of the Stars
Los Angeles, CA 90067
USA
See map (bing.com)

**Representatives** (3)
👤 Danielle Shebby
👤 Kevin Huvane
👤 Trey Cannon

**Manager**

**SB Projects**
scooterbraun.com
info@scooterbraun.com
📍 1755 Broadway
New York, NY
USA
See map (bing.com)

**Representatives** (1)
👤 Scooter Braun

**Talent Agent Commercial**

**Creative Artists Agency (CAA)**
caa.com
+1 424 288 2000 phone

| Filmography | **About** | Images | Videos | Box Office | Network | Clients | News |

## About                                                Edit about

### Biography

Justin Drew Bieber was born on March 1, 1994 at St. Joseph's Hospital in London, Ontario, Canada and was raised in Stratford, Ontario. He is the son of **Pattie Mallette** and **Jeremy Bieber**. He is of French-Canadian, Irish, German, English, and Scottish descent. He has three younger half-siblings via his father.

Growing up, he showed a strong interest in music and taught himself to play many instruments, including, guitar, drums, piano and trumpet. His mother began posting videos of him performing musically on YouTube. The videos soon built up a fan following and caught the attention of talent agent **Scooter Braun**. Braun was able to secure an impromptu audition with **Usher**, who was impressed and helped Bieber to sign a record deal.

In 2009, his first single, "One Time", was a worldwide hit and was certified Platinum in Canada and the United States. This was followed by his debut EP album, "My World", which was also an international success. He became the first artist to have seven songs from ...See more

### Performer profile                                              * not verified by IMDb

#### Performer details

| | |
|---|---|
| AKA | The Bieb, Justin |
| Nickname | JBiebs, Biebs, JB |
| Born | Mar 1, 1994 (age 27) |
| Birth place | London, Ontario, Canada |

#### Physical attributes

| | |
|---|---|
| Height | 5' 9" (1.75m) |

### Awards
58 wins & 85 nominations

| 2021 | Grammy Awards |

+1 424 288 2900 fax

info@caa.com

 2000 Avenue of the Stars
Los Angeles, CA 90067
USA

See map (bing.com)

**Representatives** (1)

 Christian Carino

ccarinoasst@caa.com

**Legal Representative**

**Myman Greenspan Fox Rosenberg Mobasser Younger & Light**

mymangreenspan.com

+1 310 231 0800 phone
+1 310 820 7717 alt. phone
+1 310 207 2680 fax

 11601 Wilshire Blvd
Ste 2200
Los Angeles, CA 90025
USA

See map (bing.com)

**Representatives** (1)

 Aaron Rosenberg

+1 310 231 0839 phone

arosenberg@mymangreenspan.com

**Nominated**, Grammy
Best Pop Vocal Album
For "Changes"

**Nominated**, Grammy
Best Pop Solo Performance
For "Yummy"

🏆 **Won**, Grammy
Best Country Duo/Group Performance
For "10,000 Hours"

**Nominated**, Grammy
Best Pop Duo/Group Performance
For "Intentions"

2021        Juno Awards

See more

## Official websites

Displaying 5 links out of 52 total external links

Facebook (facebook.com) | Google+ (plus.google.com) | Instagram (instagram.com) | Last.fm (last.fm) | MySpace (myspace.com)

See all links (52)

## Trivia

59 trivia items

He was discovered by Scooter Braun, who is also his manager.

Usher signed him to Island Def Jam Records, and beat out Justin Timberlake's hopes of signing the young singer.

He taught himself to play the guitar, drums and piano.

His songs "Baby" and "One Time" were written and produced by The-Dream.

His single "Baby" debuted at number 5 on the Billboard Hot 100 chart.

At the start of his music career, he moved to Atlanta, Georgia. He now lives in Hollywood, California.

He was born in St. Joseph's Hospital in London, Ontario, which is the same hospital Rachel McAdams and Ryan Gosling from The Notebook were born in. He was raised in Stratford, Ontario. He lived in the same neighborhood as Brendan Meyer, Seth Sieunarine, Kolton Stewart, and Shawn Roberts.

The craziest gift from a fan that he received was a rubber golf club.

He bought a Macbook Pro with his own money, one of his biggest early purchases.

He likes the TV show Smallville.

He started out by posting YouTube videos in 2007.

His debut album was "My World".

His mom, Pattie Mallette, traveled with him full-time before he turned eighteen.

His first time in an airplane was flying to Atlanta to meet his future manager, Scooter Braun.

He met Céline Dion at a New York Knicks basketball game. She approached him and said, "my son loves your songs.".

He plays guitar at many of his concerts.

He has performed with Rihanna at the Super Bowl Weekend concert in Miami.

He likes to play hockey and basketball.

He recorded a few songs with fellow singer Sean Kingston.

He recorded "We Are The World" for Haiti. He got the opening verse, which was previously sung by Lionel Richie.

See 39 more

## STARmeter



9,716  Down 750 this week

3 months | 6 months | 1 year | 3 years | 5 years | All

This month: Down 3,813
Last 12 months: Up 3,238
Scale: Logarithmic

### People also viewed

| Name | STARmeter |
|---|---|
| Hailey Bieber — Actress | 4,925 |
| Jennifer Aniston — Actress | 102 |
| David Schwimmer — Actor | 549 |
| Jon M. Chu — Producer | 285 |
| Lisa Kudrow — Actress | 521 |

See all (29)

Edit page