# AFFIDAVIT OF DUE DILIGENCE

STATE OF CALIFORNIA  
UNITED STATES DISTRICT COURT  
DISTRICT: CENTRAL DISTRICT

DOCKET/INDEX # 2:22-CV-02024-RSWL-SKX

PDY # PDY11768

JOSIAH KAMAU

*Plaintiff / Petitioner*

vs

JUSTIN DREW BIEBER

*Defendant / Respondent*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

John Hudak, being duly sworn, deposes and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in New Jersey State; that on April 11, 2022  
at: C/O SCOOTER BRAUN - 1755 BROADWAY,New York, NY 10019

deponent attempted to serve the within  
SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH SUPPORTING EXHIBIT(S)

upon JUSTIN DREW BIEBER

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at the address listed above, deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] Unknown at address
- [ ] House vacant
- [ ] Moved, left no forwarding
- [ ] Address does not exist
- [ ] Evading
- [ ] Service canceled by litigant
- [ ] Unable to serve in timely fashion
- [ ] No other occupants / tenants over 18 years of age
- [X] Other: UNABLE TO SERVE. AS PER CONCIERGE AT ADDRESS, JUSTIN DREW BIEBER AND SCOOTER BRAUN ARE BASE OUT OF CALIFORNIA. ALL EMPLOYEES FROM THE LEGAL DEPARTMENT AT THIS NEW YORK ADDRESS ARE WORKING REMOTELY DUE TO THE PANDEMIC.

Sworn to before me on: April 11, 2022

Victoria Acevedo  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01AC6363676  
QUALIFIED IN SUFFOLK COUNTY  
COMMISSION EXPIRES 08/28/2025

John Hudak  
Server's Lic # 1392295  
Invoice / Work Order # W1028285