1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Josiah Kamau, | Case No. 2:22-cv-02024-RSWL-SK(x) |
| --- | --- |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| Justin Drew Bieber, | Judge: Hon. Ronald S.K. Lew |
| Defendant. | |

Having read and considered the UNOPPOSED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES FOR PERMISSION TO SERVE DEFENDANT BY WAY OF SUBSTITUTE SERVICE, and with good cause appearing IT IS HEREBY ORDERED that

Pursuant to Fed R. Civ. P. 4(e)(1) and Cal. Civ. Proc. Code § 413.30 Plaintiff's motion is GRANTED. Plaintiff shall effectuate service by:

1. Sending copies of the service documents to Defendant's current talent representatives:

    a. Creative Artists Agency, listed as Talent Agents who are located at

2000 Avenue of the Stars, Los Angeles, CA 90067

  b. SB Projects, listed as Manager, who is located at 1755 Broadway, New York, NY; and/or

2. Sending copies of the service documents to Defendant's current law firm, Myman Greenspan Fox Rosenberg Mobasser Younger & Light located at 11601 Wilshire Blvd, Ste 2200, Lod Angeles, CA; and/or
3. Sending copies of the service documents via electronic direct message to Defendant's Verified Instagram Account "@justinbieber", the location of the Infringement, and a social media application that Defendant uses with great frequency; and/or
4. Pursuant to CCP § 415.50 whereby the Plaintiff shall publish the Summons in _____ published in California.

IT IS HEREBY FURTHER ORDERED that Plaintiff's time to effectuate service is hereby extended for a period of (60) days from the date of this Order.

DATED: _____

_____
Hon. Ronald S.K. Lew, USDJ