**SANDERS LAW GROUP**
Craig B. Sanders (Cal Bar 284397)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 122367

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Josiah Kamau,
        Plaintiff,

v.

Justin Drew Bieber,
        Defendant,

Case No: 2:22-cv-02024-RSWL-SK
**RETURNED SUMMONS**

DATED: July 18, 2022

        **SANDERS LAW GROUP**

        By: _/s/ Craig B. Sanders_
        Craig B. Sanders, Esq.
        100 Garden City Plaza, Suite 500
        Garden City, NY 11530
        Tel: (516) 203-7600
        Email: csanders@sanderslaw.group
        *Attorneys for Plaintiff*
        File No.: 122367

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Josiah Kamau,<br><br>    Plaintiff,<br><br>    v.<br><br>Justin Drew Bieber,<br>    Defendant. | Case No: 2:22-cv-02024-RSWL-SK |

**AFFIDAVIT OF SERVICE**

  Jason Rosenthal., pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, as follows:

  I hereby certify that on July 12, 2022 I caused to be served via USPS Certified Mail and electronic mail a copy of the Summons, Complaint, Exhibits, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Certification and Notice of Interested Parties, Notice to Parties of Court-Directed ADR Program, Notice of Assignment to United States Judges, and Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge on:

Creative Artists Agency
2000 Avenue of the Stars
Los Angeles, CA 90067

SB Projects
1755 Broadway
New York, NY

Myman Greenspan Fox Rosenberg Mobasser Younger & Light
11601 Wilshire Boulevard, Suite 2200
Los Angeles, CA

Cooley LLP
Juliana Finley
1333 2nd Street
Suite 400
Santa Monica, CA 90401

      A copy of the previously mentioned documents were additionally sent to the Defendant via electronic direct message to his Verified Instagram Account "@justinbieber" on July 13, 2022.

By: /s/ Jason Rosenthal  
Jason Rosenthal

Sworn to before me this  
18th Day of July 2022
