Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 122367

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Josiah Kamau, | Case No. 2:22-cv-02024-RSWL-SK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Ronald S.W. Lew |
| Justin Drew Bieber, | Complaint Filed: March 28, 2022 |
| Defendant. | |

//
//
//
//
//
//
//
//

Case No. 2:22-cv-02024-RSWL-SK

NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Josiah Kamau ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 30 days.

Plaintiff respectfully requests that the Court order the action dismissed without prejudice but retain jurisdiction to vacate the dismissal and to reopen the action within forty-five days should the settlement not be consummated.

In the event that this matter is not so administrative terminated, Plaintiff respectfully requests that Defendant be granted an additional thirty (30) days to respond to the Complaint.

DATED: September 1, 2022

**SANDERS LAW GROUP**

By:  _/s/ Craig B. Sanders_
Craig B. Sanders, Esq. (Cal Bar 284397)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 122367
*Attorneys for Plaintiff*

Case No. 2:22-cv-02024-RSWL-SK

NOTICE OF SETTLEMENT