Craig B. Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 122367

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Josiah Kamau,<br><br>    Plaintiff,<br><br>v.<br><br>Justin Drew Bieber,<br><br>    Defendant. | Case No. 2:22-cv-02024-RSWL-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed without prejudice.

//
//
//
//
//
//

---

Case No. 2:22-cv-02024-RSWL-SK      - 1 -
NOTICE OF DISMISSAL

1  DATED: September 6, 2022

2                                      **SANDERS LAW GROUP**

3                                  By:   */s/ Craig B. Sanders*
                                       Craig B. Sanders, Esq.
4                                  333 Earle Ovington Blvd, Suite 402
                                     Uniondale, NY 11553
5                                  Tel: (516) 203-7600
                                 Email: csanders@sanderslaw.group
6                                  File No.: 122367

7                                  *Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28